### SHAD PATRICK v. STATE OF FLORIDA

20 So. (2nd) 255                                                    June Term, 1944
December 22, 1944                                                    En Banc

*J. R. Bullock* and *Newman T. Miller,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, and *Bourke Floyd,* Special Assistant Attorney General, for appellee.

PER CURIAM:

Appellant was convicted of murder in the first degree with a recommendation to mercy which, under the law, carries a life sentence.

On appeal he questions the sufficiency of the evidence and the failure of the trial judge to charge on the applicable law of self-defense.

We find that these questions are wholly without merit; that the trial was conducted according to law and the evidence is sufficient.

The judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN, ADAMS and SEBRING, JJ., concur.

BROWN and THOMAS, JJ., dissent.

BROWN, J., dissenting:

There is, as I see it, no substantial evidence in this record of an intent to kill on the part of the appellant, and my view is that the judgment should be reversed, or the grade of the offense reduced to manslaughter.

THOMAS, J., concurs.